```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 03794
   FREDRICK A SAULSBERRY
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-5415

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 02/20/2008 and was confirmed 04/17/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was dismissed after confirmation 09/11/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
GRP LOAN CORP              CURRENT MORTG         .00           .00            .00
GRP LOAN CORP              MORTGAGE ARRE         .00           .00            .00
GRP LOAN CORP              CURRENT MORTG         .00           .00            .00
GRP LOAN CORP              MORTGAGE ARRE         .00           .00            .00
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED         501.77           .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY          983.08           .00            .00
ILLINOIS DEPT OF REVENUE   UNSECURED          73.50           .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,834.00                        736.00
TOM VAUGHN                 TRUSTEE                                          64.00
DEBTOR REFUND              REFUND                                             .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                 800.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                736.00
TRUSTEE COMPENSATION                           64.00
DEBTOR REFUND                                    .00
                      ---------------    ---------------
TOTALS                  800.00                800.00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 03794 FREDRICK A SAULSBERRY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 12/22/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```